**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

07 CV 10987

ACTICON TECHNOLOGIES LLC, a limited liability company,
Plaintiff,

-v-

AVID TECHNOLOGY, INC.
Defendant.

ECF Case

Case No. 07 CV 10987 (DC)

**Rule 7.1 Statement**

RECEIVED
DEC 0 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Acticon Technologies LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Patent Corporation International, a New York Corporation

**Date:** 12/03/2007

E. Poltorak

**Signature of Attorney**

**Attorney Bar Code:** EP0770