Poltorak & Associates, P.C.
Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway STE 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, a limited liability company | ) Case No.: 07 CV 10987 (DLC) |
| | ) ECF Case |
| Plaintiff, | ) **Notice of Voluntary Dismissal** |
| | ) |
| vs. | ) |
| | ) |
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Plaintiff Acticon Technologies LLC hereby respectfully requests that the above entitled action be dismissed.

Dated this 19th day of March, 2008

Respectfully submitted,

POLTORAK & ASSOCIATES, P.C.

By: _____
     Elie C. Poltorak, Esq. (EP0770)
*Attorneys for Plaintiff*
1650 Eastern Parkway STE 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816